UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00185-JAW |
| | ) | |
| JAMES STILE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE ON MOTIONS TO SUPPRESS STATEMENTS**

On January 16, 2013, the United States Magistrate Judge filed with the Court a Recommended Decision (ECF No. 136) on the Defendant's motion to suppress statements for Miranda and Sixth Amendment violations, (ECF No. 94), and motion to suppress involuntary statements, (ECF No. 96). The Magistrate Judge recommended that the Court grant in part Mr. Stile's motion to suppress the statements he made during his September 16, 2011 interview up until his receipt of a Miranda warning. *Id*. at 32. In all other respects, the Magistrate Judge recommended that the Court deny Mr. Stile's motion to suppress statements for Miranda and Sixth Amendment violations and his motion to suppress involuntary statements because the questioning officers did not violate his Fifth Amendment/Miranda and Sixth Amendment rights. *Id.* at 27-32. Mr. Stile filed his objections to the Recommended Decision on February 4, 2013. (ECF No. 139).

I have reviewed and considered the Magistrate Judge's Recommended Decision together with the entire record; I have made a de novo determination of all

matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the Magistrate Judge's recommendations for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 136) is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Motion to Suppress Statements for Miranda and Sixth Amendment Violations (ECF No. 94) be and hereby is <u>GRANTED</u> in part and <u>DENIED</u> in part.

3. It is further ORDERED that Mr. Stile's Motion to Suppress Involuntary Statements (ECF No. 96) be and hereby is <u>DENIED</u>.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODOCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 12th day of March, 2013